UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
| )   | |
| Plaintiff,                  ) | |
| )   | |
| v.                                          ) | No. 4:19-CR-00463-JAR |
| )   | |
| MIGUEL SILVA-TORRES JR.,     ) | |
| FRANK STOGSDILL SR.,             ) | |
| RANDALL BRYANT,                     ) | |
| CHRISTOPHER GOODIN,             ) | |
| )   | |
| Defendants.                ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that this matter is scheduled for a **Jury Trial** on **Monday, November 1, 2021 at 9:00 a.m.**

**IT IS FURTHER ORDERED** that to the extent that this trial setting may be outside the normal limits set by the Speedy Trial Act, I find, pursuant to 18 U.S.C. §3161(h)(7), that the ends of justice served by this trial setting outweigh the best interest of the public and the defendant in a speedy trial, and that therefore any time elapsed is excludable time under the Speedy Trial Act. Specifically, the COVID pandemic presents substantial challenges to the Court's ability to protect the health and safety of all trial participants, including the jurors, the defendant, the witnesses, the attorneys, Court personnel and the public. For example, to the extent possible, each participant must be separated from the others by at least six feet during all stages of the trial, including jury

selection, trial, recesses, and jury deliberations. Because of physical space limitations in the courthouse, the number of trials that can take place at any one time in the courthouse is severely limited. The ends of justice and the public interest in protecting the safety of defendant, the trial participants, and the public therefore outweigh the interest of the defendant and the public in a speedier trial.

Dated this 14th day of September, 2021.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE